## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| **MICHAEL JOSEPH** | **CIVIL ACTION NO. 24-1016** |
| **VS.** | **SECTION P** |
| | **JUDGE TERRY A. DOUGHTY** |
| **RIVERBEND DETENTION CENTER, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation [Doc. No. 7] of the Magistrate Judge having been considered, no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Michael Joseph's claims against RDC, claims under the Clean Air Act, claims against Lieutenant Jackson, Eighth Amendment claim of exposure to second-hand smoke against Nurse Frost, and Eighth Amendment claims of inadequate medical care against Captain Frost, Lieutenant Datson, and Lieutenant C.J. are **DISMISSED WITH PREJUDICE** as legally frivolous and for failing to state claims on which relief may be granted.

MONROE, LOUISIANA, this 9th day of October 2024.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE