UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| MICHAEL JOSEPH | CIVIL ACTION NO. 24-1016 |
| | SECTION P |
| VS. | |
| | JUDGE TERRY A. DOUGHTY |
| RIVERBEND DETENTION CENTER, ET AL. | MAG. JUDGE KAYLA D. MCCLUSKY |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 16] having been considered, no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants' Motion for Summary Judgment, [Doc. No. 14], is **GRANTED** and that Plaintiff Michael Joseph's remaining claims be **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies but **WITH PREJUDICE** for purposes of proceeding in forma pauperis under 28 U.S.C. § 1915.

MONROE, LOUISIANA, this 3rd day of December, 2025.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE